NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| In the Interest of N.G., N.G., and R.G., children. | ) ) ) | |
| | ) ) | |
| R.G., | ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D18-3605 |
| DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM, | ) ) ) ) ) | |
| Appellee. | ) ) ) | |

Opinion filed July 17, 2019.

Appeal from the Circuit Court for Hendry County; James D. Sloan, Judge.

Karen H. Brouse of Brouse Law Office, Blue Ridge, Georgia, for Appellant.

Meredith K. Hall of Children's Legal Services, Bradenton, for Appellee Department of Children and Families.

Thomasina Moore and Joanna Summers Brunell of Florida Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

SLEET, LUCAS, and SALARIO, JJ., Concur.